NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK T. STANLEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7085

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2819, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of Frank T. Stanley's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 22 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert P. Walsh, Esq.
     Domenique Kirchner, Esq.

s25

ISSUED AS MANDATE:  **MAY 22 2012**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAY 22 2012**

JAN HORBALY
CLERK